Ray v. Brown *et al., Plaintiffs in Error.*

**Practice in the Supreme Court**: BILL OF EXCEPTIONS. This court will not review a case, the record of which contains no bill of exceptions preserving the evidence and motions.

*Error to Carroll Circuit Court.*—HON. E. J. BROADDUS, Judge.

AFFIRMED.

*Shewalter & Sebree* and *Mirick* for plaintiffs in error.

*Hale & Sons* for defendant in error.

EWING, C.—This is a proceeding in the nature of a bill in equity to foreclose or enforce an equitable mortgage. The defendant Brown filed his separate answer claiming title in himself by virtue of a sheriff's deed. The plaintiff moved to strike out that part of the answer, but the record does not show what disposition, if any, was made of the motion. The court below found for the plaintiff. There

is no bill of exceptions in the case preserving the evidence or motions, and, as has been repeatedly held by this court, the case cannot, therefore, be reviewed.

The judgment of the circuit court must be affirmed. All concur.

RAY, J., not sitting.